IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

KAREEM HOLLOWAY,
ADC #111757                                                                                          PLAINTIFF

v.                                            2:09CV00148JMM/HLJ

LARRY NORRIS, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Memorandum and Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED without prejudice, for failure to prosecute. The relief sought is denied.

IT IS SO ADJUDGED this 9th day of November, 2009.


_____
United States District Judge